Dear Your Honor (Presiding Judge),

I have had the privilege of working and knowing Khiry Jefferson for the past 12 years as a friend and as his supervisor with the Steven Restivo Event Services. He was working as an event staff to ensure the safety and well-being of the festival goers in a beer garden or throughout the festival. When I was a learning coach/mentor for the Multicultural Center of Marin, I would bring my mentees to meet with him because he is an asset with the young population that I worked with. He speaks their language and understand their pain. He can relate to the young people's struggles and traumatic experiences that they encountered daily. Khiry has his own challenges ever since we met in a young age, but he always been a great role model to others.

Khiry discussed his troubles with me almost immediately after he became aware of the criminal investigation. I tried to help him secure competent counsel, as I care about him as a friend. From the beginning, Khiry expressed great remorse for his action. He showed genuine regret that he let some of the young people down.

Khiry had a sincere understanding that his actions were immoral and wrong. In our many conversations about his troubles, he has never once tried to defend, minimize, or explain away his activities. Nor did he ever try to shift moral blame on others. He was very reflective of his actions. Khiry is ashamed that he had fallen so far below his own standards for himself.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I stand ready to offer further support to Khiry as he may require.

Respectfully,

*Vincent Chew*

Vincent Chew

707-[redacted]

[redacted]@marincounty.org

**Ex. A**

US v. Jefferson, 20-073-JST